NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0611

J. LOMAX JORDAN, JR.

VERSUS

SANDRA BROUSSARD, ET AL.

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20003879,
HONORABLE JULES EDWARDS, III, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Ulysses G. Thibodeaux, Chief Judge, Jimmie C. Peters and J. David Painter, Judges.

AFFIRMED.

Richard D. Moreno
Doucet, Lorio & Moreno, L.L.C.
One Lakeshore Drive, Suite 1695
Lake Charles, LA  70629
(337) 433-0100
COUNSEL FOR PLAINTIFF/APPELLANT:
     J. Lomax Jordan, Jr.

Aubrey E. Denton
A. E. Denton, Ltd. (APLC)
109 E. Vermilion Street, Suite 102
Post Office Box 52110
Lafayette, LA  70502-2110

**(337) 289-9151**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **J. Lomax Jordan, Jr.**

**C. Shannon Hardy**
**Penny & Hardy**
**100 East Vermilion Street, Suite 301**
**Post Office Box 2187**
**Lafayette, LA  70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Allstate Insurance Company**